IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABEL CANO,

       Plaintiff,                  No. CIV S-07-2203 JAM GGH P

    vs.

DR. B. NAKU, et al.,

       Defendants.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion, on January 6, 2009, to quash a subpoena, evidently issued on behalf of defendant Traquina to California State Prison-Solano, for production of plaintiff's entire central prison file.  Defendant Traquina is directed to file a response within 15 days of the date of this order.

        IT IS SO ORDERED.

                        /s/ Gregory G. Hollows

DATED: <u>January 20, 2009</u>

                    _____
                    GREGORY G. HOLLOWS
                    UNITED STATES MAGISTRATE JUDGE

GGH:009
cano2203.ord