IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABEL CANO,

        Plaintiff,                       No. CIV S-07-2203 JAM GGH P

    vs.

B. NAKU, et al.,

        Defendants.             ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 21, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Both plaintiff and defendant Naku have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court does not find the findings and recommendations concerning Defendant Naku's motion for summary judgment to be supported by the record and by proper analysis. The Court

1

1 | sustains Defendant Naku's objections to the Magistrate Judge's findings and recommendations
2 | regarding his motion for summary judgment and finds that Plaintiff has failed to create a triable
3 | issue of fact on his claim against Defendant Naku for deliberate indifference to serious medical
4 | needs. Plaintiff has failed to provide any expert evidence that the treatment he received equated
5 | with deliberate indifference thereby creating a material issue of fact. Accordingly, summary
6 | judgment should be entered for Defendant Naku.

Accordingly, IT IS HEREBY ORDERED that:

1. That portion of the findings and recommendations filed January 21, 2010 concerning plaintiff's unopposed amended motion to compel is adopted; and

2. Defendant Naku's motion for summary judgment, filed on June 26, 2009 (docket # 32), is granted.

DATED:   March 22, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE