1

2

3

4

5

6

7

8                             IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ABEL CANO,                                No. CIV S-07-2203 JAM GGH P

11          Plaintiff,

12      vs.

13   B. NAKU, et al.,                          ORDER

14          Defendants.

15   _____/

16          Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983.

17   This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement

18   conference at California State Prison, Solano (CSP-SOL), on August 10, 2010, at 9:00 a.m.

19          In accordance with the above,  IT IS HEREBY ORDERED that:

20          1.  This case is set for a settlement conference before Magistrate Judge Nandor J.

21   Vadas on August 10, 2010, at 9:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California

22   95696.

23          2.  Parties are to appear with appropriate settlement authority.

24          3.  The parties are directed to provide confidential settlement conference

25   statements to the Honorable Nandor J. Vadas, U.S. District Court-Northern District of California,

26   514 H Street, Eureka, CA 95502 or via email at NJVpo@cand.uscourts.gov, so that they arrive

1   no later than August 2, 2010.

2          4.  The Clerk of the Court is directed to serve a courtesy copy of this order on the

3   Litigation Office at CSP-SOL, via facsimile at (707) 454-3429.

4   DATED: June 28, 2010

                                        /s/ Gregory G. Hollows

5                                       _____
                                        GREGORY G. HOLLOWS
6                                       UNITED STATES MAGISTRATE JUDGE

7   /cano2203.set

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26