IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ABEL CANO,** | 2:07-cv-02203 JAM GGH (PC) |
| Plaintiff, | |
| v. | **ORDER VACATING SETTLEMENT CONFERENCE** <br> Action Filed:  October 17, 2007 |
| **DR. B. NAKU, et al.,** | |
| Defendants. | |

Defendant Traquina's request to vacate the Settlement Conference is granted. The Settlement Conference scheduled for August 10, 2010 at CSO-Solano for Magistrate Judge Vadas is hereby vacated and ordered taken off the calendar. Defendant is directed to meet with plaintiff in an effort to resolve Mr. Cano's claim for injunctive relief.

IT IS SO ORDERED.
DATED: August 5, 2010                    /s/ Gregory  G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE