IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL CANO, | No. CIV S-07-2203 JAM GGH P |
|     Plaintiff, | |
|   vs. | |
| B. NAKU, et al., | <u>ORDER</u> |
|     Defendants. | |
| _____ / | |

      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. In response to the order, filed on February 8, 2011, wherein plaintiff was directed to inform the court whether he would be amenable to another settlement conference, which the defendant had proposed as an alternative for proceeding in this matter, the plaintiff has elected to proceed by participating in a further settlement conference, rather than having this matter be re-set for trial at this time. Therefore, this case will be referred to Magistrate Judge Craig M. Kellison to conduct a settlement conference at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #26 on April 20, 2011 at 9:00 a.m.

      A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Craig M. Kellison on April 20, 2011, at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #26 on April 20, 2011 at 9:00 a.m.

2. Parties are to appear with appropriate settlement authority.

3. The Clerk of the Court is directed to serve a courtesy copy of this order on the Litigation Office at CSP-SOL, via facsimile at (707) 454-3429.

DATED: March 7, 2011

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/sp
cano2203.rst