United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL CANO, | No. CIV 07-2203 KJM GGH P |
| Plaintiff, | ORDER RESETTING TIME OF SETTLEMENT CONFERENCE |
| v. | |
| DR. B. NAKU, et al., | |
| Defendants. | |

The settlement conference in this matter currently set for 2:00 p.m. on May 31, 20011, is HEREBY RESET for 1:00 p.m. on the same date at the same location.

Dated: April 27, 2011

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL CANO,<br><br>        Plaintiff,<br><br>v.<br><br>DR. B. NAKU, et al.,<br><br>        Defendants.<br>_____/ | No. CIV 07-2203 KJM GGH P<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on April 27, 2011, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Abel Cano
K-96394
CALIFORNIA STATE PRISON, SOLANO (4000)
P.O. BOX 4000
VACAVILLE, CA 95696-4000

Dated: April 27, 2011

                                          /s/ *Linn Van Meter*
                                          Linn Van Meter
                                          Administrative Law Clerk to the
                                          Honorable Nandor J. Vadas

United States District Court
For the Northern District of California