IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABEL CANO,

        Plaintiff,                No. CIV S-07-2203 KJM GGH P

   vs.

B. NAKU, et al.,

        Defendants.      <u>ORDER</u>

      /

        Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Michael R. Deems and Matthew J. Keller, who have been selected from the court's pro bono attorney panel, are hereby appointed.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's renewed motion for the appointment of counsel is granted.

        2. This matter is set to proceed for trial commencing December 5, 2011, at 9:00 a.m. before the undersigned in Courtroom #3.

        3. Michael R. Deems and Matthew J. Keller are appointed as counsel in the above entitled matter.

/////

4. Michael R. Deems and Matthew J. Keller shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Michael R. Deems and Matthew J. Keller, Deems & Keller, LLP, 55 Independence Circle, Suite 106, Chico, California 95973.

DATED: October 13, 2011.

_____
UNITED STATES DISTRICT JUDGE

cano2203.31